■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff-Respondent, v FRANK CRISLER, JR., Defendant-Appellant. (Appeal No. 2.) [718 NYS2d 663] —Order unanimously affirmed. Same Memorandum as in *People v Crisler* (278 AD2d 887 [decided herewith]). (Appeal from Order of Monroe County Court, Sirkin, J.—CPL art 440.) Present—Pigott, Jr., P. J., Hurlbutt, Kehoe and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER CHEATHAM, Appellant. [718 NYS2d 913] —Judgment unanimously affirmed. Memorandum: Defendant contends that Supreme Court failed to exercise its discretion in resentencing him following a violation of probation. Although defendant's waiver of the right to appeal does not encompass defendant's resentencing following a violation of probation (*see, People v Rodriguez*, 259 AD2d 1040), we conclude that the court did not fail to exercise its discretion in resentencing defendant (*see, People v Wright*, 239 AD2d 945; *cf., People v Nicholson*, 237 AD2d 973, *lv denied* 90 NY2d 908). Furthermore, the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Violation of Probation.) Present—Pigott, Jr., P. J., Hurlbutt, Kehoe and Lawton, JJ.